IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:12-CR-143-WKW |
| | ) | |
| CLINTON LAQUAN STALEY | ) | |

# **ORDER**

The one-count indictment charges Defendant Clinton Laquan Staley with possession of firearms as a felon in violation of 18 U.S.C. § 922(g)(1). Mr. Staley filed a motion to suppress the firearms and other evidence, including statements, as fruits of an illegal search. As grounds for his motion, Mr. Staley argues that there was no probable cause or exigent circumstances to justify the law enforcement officer's warrantless entry into the apartment and that the entry also lacked consent. He contends further that the subsequently obtained search warrant lacked probable cause. Following an evidentiary hearing, the Magistrate Judge issued a Recommendation, recommending the denial of the motion to suppress in its entirety (Doc. # 56.) Mr. Staley timely filed objections to the Recommendation. (Doc. # 58.)

Mr. Staley's objections challenge the Magistrate Judge's findings as to the credibility of Agent Greg Jackson and the sufficiency of the evidence to support the Magistrate Judge's conclusions. Based upon Mr. Staley's objections, the district court must conduct a *de novo* review of those portions of the record with respect to the

factual issues. *See LoConte v. Dugger*, 847 F.2d 745, 750 (11th Cir. 1988); *see also* 28 U.S.C. § 636(b). As concerns his credibility determinations, the Magistrate Judge performed the role of a trial court in making findings of fact, and this court's review of those findings is deferential. As explained in *LoConte*:

> To the extent that the magistrate has made findings of fact based upon the testimony of the witnesses heard before the magistrate, the district court is obligated to review the transcript or listen to the tape-recording of those proceedings. After doing so, however, the factual conclusions reached by the district court are subject only to a "clearly erroneous" standard of review on appeal.

847 F.2d at 749.

Consonant with the foregoing standard of review, the court has read the transcript of the evidentiary hearing. (Doc. # 51.) After careful consideration of that transcript and the record as a whole, the court finds that the evidence amply supports the Magistrate Judge's findings of fact and that those findings of fact, including those with respect to the credibility of Agent Jackson, are not clearly erroneous. The court finds, therefore, that Mr. Staley's objections lack merit.

Accordingly, it is ORDERED as follows:

1.   Mr. Staley's Objections (Doc. # 58) are OVERRULED.

2.   The Magistrate Judge's Recommendation (Doc. # 56) is ADOPTED.

3.   Mr. Staley's motion to suppress (Doc. # 37) is DENIED.

DONE this 8th day of April, 2013.

                                                     /s/ W. Keith Watkins
                                        CHIEF UNITED STATES DISTRICT JUDGE